# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| BANK OF NEW YORK MELLON | § | |
| TRUST CO., NA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:15-CV-2796-B (BF) |
| | § | |
| PAMELA BRAGG and | § | |
| WAYNE S. BRAGG, SR., | § | |
| Defendants. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Remand [D.E. 5] is **GRANTED**.

Further, **IT IS ORDERED** that the Defendants shall pay Plaintiff $4,300.00 in attorneys' fees as a sanction.

Finally, **IT IS ORDERED** that the Defendants shall not be allowed to file any further items with the Court without first obtaining leave to do so.

**SO ORDERED** this 22nd day of December, 2015.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE